*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

LORI JORDAN                                                    PLAINTIFF

vs.                    CASE NO. 4:09cv00107 JMM

FIDELITY NATIONAL CARD SERVICES, INC., et al         DEFENDANTS

### ORDER OF DISMISSAL

Having been notified by the parties that a settlement has been reached in this matter, the Court finds that this case should be dismissed. The jury trial scheduled October 13, 2009, is canceled.

The complaint and all claims in this action are hereby dismissed with prejudice as to all parties.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 8th day of July, 2009.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE